# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3729

_____

United States of America,      *
                               *

      Plaintiff/Appellee,      *
                               *   Appeal from the United States

v.      *   District Court for the Eastern
                               *   District of Missouri.

Lisa Joy Wesley Silvaletti,      *
                               *

      Defendant/Appellant.      *       [UNPUBLISHED]

_____

Submitted: May 17, 2007
Filed: March 4, 2008

_____

Before WOLLMAN, BRIGHT, and JOHN R. GIBSON, Circuit Judges.

_____

PER CURIAM.

Lisa Joy Wesley Silvaletti appeals the district court's[1] revocation of her supervised release and imposition of a one year sentence. We dismiss the appeal as moot because she was released from federal custody on October 16, 2007, after she fully served her term of imprisonment in this case. See Spencer v. Kemna, 523 U.S. 1, 14-18 (1998) (declaring moot challenge to allegedly erroneous parole revocation

_____

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

because defendant had already served entire sentence).  Accordingly, we dismiss the appeal as moot.

_____